# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| IVETTE T. ECHENIQUE, ) | |
| ) | Case No. 1:25-cv-25 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| JJ'S FAMILY MART et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## ORDER

On December 11, 2024, Plaintiff filed this *pro se* action (Doc. 1) and an application for leave to proceed *in forma pauperis* (Doc. 4). On May 20, 2025, United States Magistrate Judge Christopher H. Steger issued a report and recommendation, recommending the Court dismiss the complaint because the Court lacks subject matter jurisdiction and deny the application to proceed *in forma pauperis* as moot. (Doc. 15.) Plaintiff did not object to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with Magistrate Judge Steger's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 15) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**